```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NOAH BARBER                    :    CIVIL ACTION
                               :
        v.                     :
                               :
STEPHEN SHEPPLEMAN, et al.     :    NO. 10-3620
```

ORDER

AND NOW, this 26th day of September, 2011, upon consideration of Defendant City of Chester, Stephen Sheppleman and William Carey's Motion for Summary Judgment (Docket No. 25), the plaintiff's opposition thereto (Docket No. 31), the plaintiff's letters to the Court dated September 2, 2011 and September 13, 2011, the defendants' response thereto (Docket No. 33), and following oral argument on September 13, 2011, IT IS HEREBY ORDERED, for the reasons stated in a memorandum of law bearing today's date, that the motion is GRANTED in part and DENIED in part as follows:

    1. The motion is GRANTED as to defendant City of Chester as uncontested.  Judgment is hereby ENTERED for defendant City of Chester and against the plaintiff.

    2. The motion is DENIED as to defendants Sheppleman and Carey.

                              BY THE COURT:

                              /s/ Mary A. McLaughlin
                              MARY A. McLAUGHLIN, J.