IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NOAH BARBER                                : CIVIL ACTION
                                           :
    v.                                     :
                                           :
OFFICER STEPHEN SHEPPLEMAN and :
OFFICER WILLIAM CAREY, JR.          : NO. 10-3620

**O R D E R**

AND NOW, this 28th day of March, 2012, upon consideration of defendants' motions to preclude evidence of other lawsuits, settlements, or judgments (Doc. 51), and evidence concerning citizen complaints or disciplinary records (Doc. 53), the responses, thereto, (Docs. 58 and 59), and for the reasons stated in the accompanying memorandum, IT IS HEREBY ORDERED that the Motions to Preclude are granted.

BY THE COURT:

/s/ Elizabeth T. Hey

_____
ELIZABETH T. HEY
UNITED STATES MAGISTRATE JUDGE