IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NOAH BARBER                          :          CIVIL ACTION
                                     :
            v.                       :
                                     :
STEPHEN SHEPPLEMAN and               :
WILLIAM CAREY                        :          NO.  10-3620

## O R D E R

AND NOW, this  2nd        day of  October      , 2012, upon consideration of

Plaintiff's motion in limine to preclude testimony, evidence, and/or argument of the

status of Defendants as "off-duty" (Doc. 76),  the response thereto, and for the reasons

stated in the accompanying memorandum, IT IS HEREBY ORDERED that the motion is

DENIED.


BY THE COURT:

/s/ELIZABETH T. HEY
_____

ELIZABETH T. HEY
UNITED STATES MAGISTRATE JUDGE